IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD JAMES,

    Plaintiff,

v.                                      CASE NO. 5:10-cv-00259-RS-GRJ

REYNALDO GEERKEN,
et al,

    Defendants.

_____/

## O R D E R

Pending before the Court is Plaintiff's Motion for Extension of Time to File An Amended Complaint. (Doc. 18.) Plaintiff requests a thirty day extension of time to file an amended complaint. On November 9, 2010 the Court entered its Order directing Plaintiff to file an amended complaint on the civil rights complaint form by November 29, 2010. Plaintiff advises that he requires additional time to research and prepare the amended complaint.

Accordingly, upon due consideration it is **ORDERED**:

Plaintiff's Motion for Extension of Time to File an Amended Complaint (Doc. 18) is **GRANTED.** Plaintiff shall file his amended complaint by **December 29, 2010**.

**DONE AND ORDERED** this 22nd day of November 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge