IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONALD JAMES,

    Plaintiff,

vs.                                  CASE NO. 5:10cv259/RS-GRJ

EXPEDITO M. SALVADOR;
MOSES IZUEGBU; and REYNALDO
GEERKEN,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Order (Doc. 65) and Plaintiff's Objection To Order Denying Plaintiff's Motion For Preliminary Injunction (Doc. 69), which is directed to the denial of Plaintiff's Request For A Preliminary Injunction.  I will consider *de novo* the Magistrate Judge's denial of a preliminary injunction as provided by 28 U.S.C. §636(b)(1)(B)(C).   Plaintiff's Motion For Preliminary Injunction (Doc. 44) and the memorandum and other attached documents fail to establish the requisite elements for the extraordinary remedy of a preliminary injunction.

Plaintiff's Motion For A Preliminary Injunction is **denied**.


**ORDERED** on August 30, 2011.

                                          /S/ Richard Smoak_____
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**