# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**DONALD JAMES,**

       **Plaintiff,**

v.                                      **CASE NO. 5:10-cv-259-RS-GRJ**

**REYNALDO GEERKEN, et al.,**

       **Defendants.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 77). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendants' Motions to Dismiss (Docs. 43 & 49) are **GRANTED**, and the case is **DISMISSED**.

3. The clerk is directed to close the file.

**ORDERED** on February 24, 2012.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**